509 P.2d 1340

**Thomas HEYWOOD, Petitioner,**

**v.**

**STATE of New Mexico, Respondent.**

**No. 9727.**

Supreme Court of New Mexico.

May 14, 1973.

Original Proceeding on Certiorari

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1089, 85 N.M. 147, 509 P.2d 1342 be and the same is hereby returned to the Clerk of the Court of Appeals.

509 P.2d 1340

**Edwardo ARCHULETA, Petitioner,**

**v.**

**STATE of New Mexico, Respondent.**

**No. 9726.**

Supreme Court of New Mexico.

May 14, 1973.

Original Proceeding on Certiorari

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1104, 85 N.M. 146, 509 P.2d 1341 be and the same is hereby returned to the Clerk of the Court of Appeals.